VITO RUSSILLO and DONATA MARIA RUSSILLO, Respondents, v. THE

VILLAGE OF PORT CHESTER and Others, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.